IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARID OURZDINE, | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 07-0643-BH-M |
| PETER D. KEISLER, | : |
| MICHAEL CHERTOFF, | |
| WARDEN DAVID O. STREIFF, | : |
| Respondents. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed,[1] the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this petition be DENIED and that this action be DISMISSED as MOOT.

**DONE** this 13th day of November, 2007.

                                          s/ W. B. Hand
                                      SENIOR DISTRICT JUDGE

---

[1] As was true regarding previous orders of this Court, this Report and Recommendation was returned as undeliverable by the United States Postal Service but the lack of notice to the Petitioner is due solely to his failure to advise the Court of his present address. In addition, it serves as further evidence that the subject petition is MOOT.